**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BUREAU OF CONSUMER FINANCIAL PROTECTION,<br>*Plaintiff*,<br><br>v.<br><br>MY LOAN DOCTOR LLC d/b/a LOAN DOCTOR and DR. EDGAR RADJABLI<br>*Defendants*. | Civil Action No. 20-CV-05159 ALC - BCM |

---

**DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

---

**MOTION**

My Loan Doctor LLC d/b/a Loan Doctor and Dr. Edgar Radjabli ("Defendants"), by undersigned counsel, move this Court for an Order dismissing Plaintiff Bureau of Consumer Financial Protection's ("CFPB") *Complaint* filed February 6, 2020 (ECF 1).

The Defendants seek dismissal of CFPB's claims with prejudice and may if statutorily provided seek an award of reasonable attorney's fees and costs incurred in defending CFPB's wrongfully brought dismissed claims, which lacked basis in fact or law.

This Motion is brought pursuant to the Federal Rules of Civil Procedure ("FRCivP") 12(b)1, 12(b)2 and 12(b)6.

This Motion is supported by pleadings on file and concurrently filed *Memorandum in Support of Defendants' Motion to Dismiss Plaintiff's Complaint.*

This 16th day of December 2020

Submitted by:

/s/ Michael Strage
Michael Strage
Law Office of Michael Strage
425 Madison Ave, Suite 902
New York N.Y. 10017
(646) 642-0701
michaelstrageesq@gmail.com
Attorney for Defendants