**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x
**Bureau of Consumer Financial Protection,**

                                          **Plaintiff,**

                -against-

**My Loan Doctor, LLC d/b/a/ Loan Doctor, et al.,**

                                          **Defendant.**
-------------------------------------------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _August 20, 2021_

**ORDER**

**1:20-CV-5159-ALC**

**ANDREW L. CARTER, JR., District Judge:**

      The Court is in receipt of the Parties' pre-motion conference letters in connection with Defendants' intended motion to amend or supplement their first motion to dismiss Plaintiff's Complaint. ECF Nos. 19, 22. Upon review of the submissions, Defendants' pre-motion conference letter request is **DENIED IN PART** and **GRANTED IN PART**.

      Accordingly, Defendants' request for a pre-motion conference regarding leave to amend or supplement their pending motion to dismiss is **DENIED**. The request for leave to amend or supplement their first motion to dismiss is **GRANTED**. In light of this, Defendants' first motion to dismiss is **DENIED WITHOUT PREJUDICE**. Defendants are directed to refile a second/amended motion to dismiss, to include the *res judicata* issues, and comply with the following briefing schedule: **Defendants' Brief: September 10, 2021; Plaintiff's Opposition: September 24, 2021; Defendants' Reply: October 1, 2021.** The Clerk of Court is respectfully directed to terminate ECF Nos. 11 and 19.

**SO ORDERED.**

**Dated:** August 20, 2021
**New York, New York**

*[signature: Andrew L. Carter]*

                                         **ANDREW L. CARTER, JR.**
                                         **United States District Judge**