USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Sept 29, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
BUREAU OF CONSUMER FINANCIAL
PROTECTION,

                          Plaintiff,                        20-CV-5159 (ALC)

      -against-                        **CONFERENCE ORDER**

MY LOAN DOCTOR LLC D/B/A LOAN DOCTOR    September 30 at 1:00pm
AND EDGAR RADJABLI,

                      Defendants.

------------------------------------------------------------------ x

**ANDREW L. CARTER, JR., District Judge:**

      The Court will hold a telephone conference in this case on September 30, 2022 at 1:00 PM Eastern Time. The Parties should contact the court at 1-888-363-4749 (Access Code: 3768660).

**SO ORDERED.**

Dated:      New York, New York
              September 29, 2022

                                           **ANDREW L. CARTER, JR.**
                                           **United States District Judge**