USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: Sept 30, 2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

BUREAU OF CONSUMER FINANCIAL PROTECTION,

                      Plaintiff,      :      20-CV-5159 (ALC)

      -against-                      :      **ORDER**

MY LOAN DOCTOR LLC D/B/A LOAN DOCTOR AND EDGAR RADJABLI,

                    Defendants.

-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

    For the reasons stated in today's Court conference, Defendants' motion to dismiss is DENIED. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 24.

    The Court will refer the dispute to Magistrate Judge Moses for general pretrial management.

**SO ORDERED.**

Dated:      New York, New York
               September 30, 2022

                                                        _____
                                                       **ANDREW L. CARTER, JR.**
                                                       **United States District Judge**